```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
```

ALMA L. THOMPSON,
               Plaintiff,

  vs.                                 Civil Action 2:10-CV-0242
                                       Judge Smith
                                       Magistrate Judge King

MICHAEL J. ASTRUE, Commissioner
Of Social Security,

               Defendant.

<u>ORDER</u>

    Plaintiff challenges the decision of the Commissioner of Social Security denying her application for disability insurance benefits.  On August 9, 2011, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded for further proceedings.  *Report and Recommendation*, Doc. No. 16.  Although the parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so, *id.*, there has been no objection.

    The *Report and Recommendation*, Doc. No. 16, is **ADOPTED and AFFIRMED.**  The decision of the Commissioner is **REVERSED** and this action is **REMANDED** to the Commissioner of Social Security for further proceedings.

    The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                                                     *s/George C. Smith*
                                                     **George C. Smith, Judge**
                                                     **United States District Court**